UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAXXIM MEDICAL, INC.,
et al.,

       Appellants,

v.                              CASE NO. 8:10-CV-2577-T-17

PROFESSIONAL HOSPITAL
SUPPLY, INC, et al.,

       Appellees.

_____/

PROFESSIONAL HOSPITAL SUPPLY,
INC., et al.,

       Appellants,

v.                              CASE NO. 8:10-CV-2688-T-17

MAXXIM MEDICAL, INC.,
et al.,

       Appellees.

_____/

ORDER

This cause is before the Court sua sponte. The Court is returning the following documents to the Clerk of Court for transmittal to Bankruptcy Court:

    Dkt. S-1
    Dkt. S-2
    Dkt. S-3
    Dkt. S-4

    Defendant's Exhibit #14 - Oversized Exhibit

Case No. 8:10-CV-2577-T-17
Case No. 8:10-CV-2688-T-17

Trial Exhibits for Plaintiff:

1. 1-42
2. 43
3. 44-45
4. 46-75
5. 76-100
6. 101-125
7. 126-199
8. 200-215
9. 216-217
10. 218-220
11. 221
12. 221 Cont.
13. 222-228
14. 229-268
15. 269
16. 270-280
17. 300-339
18. 340
19. 341-374
20. 375-378
21. 379-397
22. 398-417
23. 418-432
24. 500-521
25. 600-631
26. 700-736
27. 739-1011

Case No. 8:10-CV-2577-T-17
Case No. 8:10-CV-2688-T-17

Trial Exhibits for Defendant:

1. 1-60
2. 61-101
3. 102-141
4. 142
5. 143-166
6. 167-200
7. 201
8. 202-215
9. 216-225
10. 226-238
11. 239-279
12. 280-321
13. 322-329
14. 330-332
15. 333-344
16. 345-352
17. 353-357

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 21st day of September, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record